1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. KELLY
   Assistant U.S. Attorneys
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California  93721
   Telephone:  (559) 498-7272
5

   FILED
   JAN 3 1 2006
   CLERK, U.S. DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
   BY
   DEPUTY CLERK

   LODGED
6           IN THE UNITED STATES DISTRICT COURT FOR THE
   JAN 2 7 2006
7                    EASTERN DISTRICT OF CALIFORNIA
   CLERK, U.S. DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
   BY
       DEPUTY CLERK

9  UNITED STATES OF AMERICA,      )    1:05-cr-00325 OWW
                                  )
10                 Plaintiff,     )
                                  )
11            v.                  )    REQUEST BY THE UNITED
                                  )    STATES TO UNSEAL
12 CHARLES GRIMES,                )    INDICTMENT.
    aka "Buckaroo",               )
13                                )
                   Defendant.     )
14 _____)

15      Comes now the United States, by and through its attorneys of
16 record, McGregor W. Scott, United States Attorney, and Kimberly
17 A. Kelly, Assistant United States Attorney, and request leave of
18 the Court to unseal the Criminal Indictment in the above-
19 referenced matter.

20 DATED: January 26, 2006              Respectfully submitted,

21                                      McGREGOR W. SCOTT
                                        United States Attorney
22

23                              By      /s/ Kimberly A. Kelly
                                        KIMBERLY A. KELLY
24                                      Assistant U.S. Attorney

25 IT IS SO ORDERED:

26 DATED: January 31, 2006

                                        _____
27                                      Hon. DENNIS L. BECK
                                        U.S. ~~Magistrate~~ Judge

28

                                   1